IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

FILED IN OPEN COURT
MAY - 3 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:23-cr-59 |
| | ) | |
| v. | ) | 8 U.S.C. § 1326(a) |
| | ) | Reentry by Excluded, Deported and |
| BRAYAN JOSUE FLORES-TORRES, | ) | Removed Alien |
| | ) | (Count 1) |
| Defendant. | ) | |

INDICTMENT

May 2023 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about December 14, 2022, in Chesapeake, Virginia, in the Eastern District of Virginia, the defendant, BRAYAN JOSUE FLORES-TORRES, an alien, was found unlawfully in the United States in the Eastern District of Virginia, after having been excluded, deported, and removed from the United States pursuant to law on or about August 10, 2020, and not having obtained the express consent of the Attorney General of the United States or Secretary of Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326(a).)

*United States v. Bryan Josue Flores-Torres*
Criminal No. 2:23-cr-59

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

Jessica D. Aber
United States Attorney

By: _____
Kevin M. Comstock
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail: kevin.comstock@usdoj.gov